| | |
|---|---|
| 1 | PROBER & RAPHAEL, A LAW CORPORATION |
| | DEAN R. PROBER, ESQUIRE, #106207 |
| 2 | LEE S. RAPHAEL, ESQUIRE #180030 |
| | CASSANDRA J. RICHEY, ESQUIRE #155721 |
| 3 | MELISSA A. VERMILLION, ESQUIRE #241354 |
| 4 | JOSEPH GARIBYAN, ESQUIRE #271833 |
| | BONNI S. MANTOVANI, ESQUIRE #106353 |
| 5 | JEANNETTE R. MARSALA, ESQUIRE #253125 |
| | NINA Z. JAVAN, ESQUIRE #271392 |
| 6 | 20750 Ventura Boulevard, Suite 100 |
| 7 | Woodland Hills, California 91364 |
| | (818) 227-0100 |
| 8 | Attorney for Bank of America, N.A. |
| | B.507-10819.NF |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re                                                                Bk. No. 13-45227

LUIS CANDELARIO CRUZ AND                          Chapter 13
FRANCES CRISOL CRUZ,

      Debtors.
_____/

**NOTICE OF APPEARANCE**

Bank of America, N.A., its assignees and/or successors in interest, by and through its undersigned attorneys, hereby gives notice of its appearance in these proceedings on behalf of Bank of America, N.A. The undersigned hereby requests that any pleadings and documents that Bank of America, N.A., with regard to the real property described as 2675 Kavanagh Rd, San Pablo, California 94806 (Loan No. XXXX9499), is entitled to, be mailed to said attorneys

1

addressed as follows:

**PROBER & RAPHAEL, A LAW CORPORATION**
**20750 Ventura Boulevard, Suite 100**
**Woodland Hills, California 91364**

This does not constitute a general appearance for any purpose and is not a waiver of any service requirements, under applicable law, including, but not limited to Bankruptcy Rule 7004.

Dated: October 30, 2013                By */s/ Dean R. Prober*
                                       Dean R. Prober, Esquire #106207

| | |
|---|---|
| 1 | <u>PROOF OF SERVICE</u> |
| 2 | STATE OF CALIFORNIA, COUNTY OF LOS ANGELES: |
| 3 | I, Maria Chavez, certify that I am a resident of the County aforesaid; I am over the age of |
| 4 | 18 years and not a party to the within action; my business address is 20750 Ventura Boulevard, |
| 5 | Suite 100, Woodland Hills, California 91364. |
| 6 | On November 5, 2013, I served the within NOTICE OF APPEARANCE on all interested |
| 7 | parties in this proceeding by placing true and correct copy thereof enclosed in a sealed envelope |
| 8 | with postage prepaid in the United States Mail at |
| 9 | Woodland Hills, California, addressed as follows: |

Luis Candelario Cruz
Frances Crisol Cruz
2675 Kavanagh Road
San Pablo, CA 94806
Debtors

Patrick L. Forte, Esquire
Law Offices of Patrick L. Forte
1 Kaiser Plaza, #480
Oakland, CA 94612-3610
Attorney for Debtors

Martha G. Bronitsky
P.O. Box 9077
Pleasanton, CA 94566
Chapter 13 Trustee

I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on November 5, 2013, at Woodland Hills, California.

/s/ Maria Chavez