```
PATRICK L. FORTE #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors
```

The following constitutes
the order of the court. Signed June 23, 2014

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | Case No. 13-45227 MEH |
| **LUIS CANDELARIO CRUZ and FRANCES CRISOL CRUZ,** | Chapter 13 |
| Debtors. | <u>ORDER MODIFYING CHAPTER 13 PLAN</u> |
| _____/ | |

The above named debtor having served a Motion to Modify Chapter 13 Plan on May 13, 2014, and any opposition, if received, having been resolved and good cause appearing therefor;

**IT IS ORDERED** that debtors' Chapter 13 Plan be modified as follows:

The real property located at 2675 Kavanagh Road, San Pablo, CA 94806 will revest in the Chapter 13 Trustee effective upon entry of this Order granting the motion. Pursuant to the modification, the Chapter 13 Trustee shall have no responsibility or obligation whatsoever with respect to said real property including, but not limited to the mortgage payments, property taxes, insurance, homeowner's association dues, or tax filing requirements.

**END OF ORDER**

**COURT SERVICE LIST**

Attn: Officer
Bank of America, N.A.
100 North Tryon Street
Charlotte, NC 28202

Attn: Officer
Bank of America, N.A.
150 N. College Street
NC1-028-17-06
Charlotte, NC 28255

Attn: Officer
Bank of America, N.A.
C/o CT Corporation System
818 W. Seventh Street
Los Angeles, CA 90017

Attn: Officer
OneWest Bank, FSB
888 E. Walnut Street
Pasadena, CA 91101